UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. 3:20-cv-10923-MGM

| | |
|---|---|
| AMANDA ANDRE, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, TRANSUNION, | ) |
| LLC, DISCOVER BANK, USAA | ) |
| FEDERAL SAVINGS BANK, | ) |
| and NELNET SERVICING, LLC | ) |
| dba FIRSTMARK SERVICES | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE PER FED. R. CIV. P. 41**

Undersigned parties stipulate to dismissal with prejudice of the Plaintiff's Amended Complaint against Defendant Nelnet Servicing, LLC, dba Firstmark Services, waiving all rights of appeal, and with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| NELNET SERVICING LLC | Respectfully submitted, |
| (FIRSTMARK SERVICES) | AMANDA ANDRE |
| Defendant, | Plaintiff, |
| By its attorney, | By her attorney, |
| /s/ John D. Fitzpatrick | /s/ Octavio (Tav) Gomez |
| John D. Fitzpatrick, BBO # 550059 | Florida Bar No.: 0338620 |
| PINGITORE & FITZPATRICK, LLC | Georgia Bar No.: 0617963 |
| 929 Massachusetts Ave., Suite 200 | Pennsylvania Bar No.: 0325066 |
| Cambridge, MA 02139 | Morgan & Morgan Tampa, P.A. |
| Phone: 617.225.2400 | 201 N. Franklin Street, Suite 700 |
| Fax:    617.225.2480 | Telephone: (813) 223-5505 |
| **Home office phone during pandemic** | Facsimile: (813) 983-2889 |
| Google Voice/VoIP: 617.302.6605 | Primary Email: |
| Email: jdf@pingitorelaw.com | TGomez@ForThePeople.com |
| Email (alternate) jdfitzlaw@gmail.com | Secondary Email: |
| | DGagliano@ForThePeople.com |

Dated: May 7, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date the foregoing will be sent electronically via CM/ECF to active case counsel, registered as CM/ECF system participants, per D. Mass. CM/ECF Case Management Procedure E (2011). Counsel's present understanding is that the only other counsel still active in this case is Plaintiff's counsel, who will be served accordingly.

Dated:  May 7, 2021                                                                 /s/ John D. Fitzpatrick